FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In the Matter of: MARY DEROCHE;
ERIC DEROCHE,
                          *Debtors,*

_____

MARY DEROCHE; ERIC DEROCHE,
                          *Appellants,*

v.

ARIZONA INDUSTRIAL COMMISSION,
                          *Appellee.*

No. 04-15258

D.C. No.
CV-03-00463-EHC
District of Arizona,
Phoenix

ORDER

On Remand From The United States Supreme Court

Filed May 6, 2008

Before: Stephen Reinhardt and Sidney R. Thomas,
Circuit Judges, and Jane A. Restani,* Judge.

## ORDER

This case is hereby resubmitted.

Pursuant to the judgment of the United States Supreme
Court issued on March 20, 2007 in *Travelers Casualty &
Surety Co. of America v. Pacific Gas & Electric Co.*, ___ U.S.
___, 127 S.Ct. 1199, 167 L.Ed.2d 178 (2007), we vacate our
opinion at 434 F.3d 1188 (9th Cir. 2006), vacate the district
court's decision as well as the bankruptcy court's decision,

_____

*The Honorable Jane A. Restani, Chief Judge, United States Court of
International Trade, sitting by designation.

and remand to the district court with instructions to remand to the bankruptcy court for further proceedings consistent with the opinion of the Supreme Court. We express no opinion on any other issue presented by the parties, leaving those questions for consideration of the bankruptcy court in the first instance.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.